**RANDAZZA LEGAL GROUP**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

www.randazza.com

**Las Vegas**
10620 S. Highlands Pkwy.
Suite Number 110-454
Las Vegas, NV 89141
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**San Diego**
187 Calle Magdalena
Suite Number 114
Encinitas, CA 92024
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
1137 Centre Street
Suite Number 201
Toronto, ON L4J 3M6
Tel: 888.667.1113
Fax: 416.342.1761

Correspondence from:
Marc J. Randazza, Esq.
mjr@randazza.com

**Reply to Las Vegas Office via Email or Fax**

August 10, 2011

<u>Via Email Only</u>
dmca@choopa.com

David Gucker, DMCA Agent
Choopa, LLC
2400 Main Street Extension
Suite 12
Sayreville, NJ 08872

   *Re: DMCA Takedown Request*

Dear David:

   This firm has the honor and privilege of representing GRHK, LLC (the "Company"), owner and operator of the popular adult website DancingBear.com, among others. The Company has recently become aware that a number of its copyrighted audiovisual works are being distributed, without authorization, through the Fapzap.com website, which we have reason to believe is hosted on servers belonging to Choopa, LLC ("Choop"). In particular, the video content appearing on the numerous webpages, whose URLs have been attached to this DMCA notification, each constitute an unauthorized reproduction and publication a copyrighted works belonging to the Company. These reproductions have not been authorized by the Company, as the owner of the copyrights, the Company's agents, or the law.

   On behalf of the Company, we request that Choopa remove or disable access to the attached claimed infringing material as soon as practicable after receipt of this notification. The undersigned certifies, under penalty of perjury, that he has a good-faith belief that the information contained in this notification is accurate to the best of his knowledge and that he is authorized to act on behalf of the owner of the aforementioned copyrights.

          Best regards,

          */s/ Marc J. Randazza*

          Marc. J. Randazza, Esq.

**Exhibit**
*List of Infringements*

http://fapzap.com/videos/dancing-bear---jenns-bachelorette-party-2188.html

http://fapzap.com/videos/dancing-bear---house-party-7123.html

http://fapzap.com/videos/dancing-bear-one-for-the-record-books-7361.html

http://fapzap.com/videos/dancing-bear---dick-dick-goose-9040.html

http://fapzap.com/videos/dancing-bear---year-end-blowout-9042.html

http://fapzap.com/videos/dancing-bear---fucking-in-da-club-9484.html

http://fapzap.com/videos/dancing-bear---the-girls-are-outta-control---9519.html

http://fapzap.com/videos/dancing-bear-fucking-in-the-club--9526.html

http://fapzap.com/videos/dancing-bear---here's-the-bear--9528.html

http://fapzap.com/videos/dancing-bear---we've-got-loads-11467.html

http://fapzap.com/videos/dancingbear---suck-and-fuck-like-nobody-is-watching-11895.html

http://fapzap.com/videos/dancingbear---banquet-hall-fuck-fest-12017.html

http://fapzap.com/videos/dancingbear-11-06-29-crazy-party-girls-13892.html

http://fapzap.com/videos/dancing-bear-presents-crazy-party-girls-new-update-from-site-6-29-2011-13937.html

http://fapzap.com/videos/dancing-bear-crazy-party-girls-14120.html

http://fapzap.com/videos/dancing-bear-lounging-with-the-bear-15626.html

http://fapzap.com/videos/dancing-bear-crazy-party-girls-14120.html

http://fapzap.com/videos/dancing-bear-here-s-the-bear-17717.html