```
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
                MIAMI DIVISION
        Case No. 11-22914-MC-GRAHAM
```

IN RE: GRHK, LLC.

_____/



### ORDER

**THIS CAUSE** comes before the Court upon Peitioner's Notice of Voluntary Dismissal [D.E. 4].

**THE COURT** has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of May, 2013.

        s/ Donald L. Graham
        DONALD L. GRAHAM
        UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record